GARY A. CLARK, Cal. Bar No. 65455
gclark@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendant and Counter-Claimant
MASTERCARD INCORPORATED and proposed substituted Defendant and Counter-Claimant
MASTERCARD INTERNATIONAL INCORPORATED

Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT LLP
3541 Ocean View Boulevard
Glendale, California 91208
Tel:   (818) 249-9300
Fax:   (818) 249-9335
E-mail: pbright@brightpatentlaw.com

Attorneys for Plaintiff
SMARTMETRIC INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SMARTMETRIC INC., a Nevada corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>MASTERCARD INCORPORATED, a Delaware corporation, and VISA INC., a Delaware corporation,<br><br>       Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 10-01864 JHN (FMOx)<br><br>**STIPULATION TO SUBSTITUTE MASTERCARD INTERNATIONAL INCORPORATED AS DEFENDANT IN PLACE AND IN STEAD OF PRESENTLY NAMED DEFENDANT MASTERCARD INCORPORATED**<br><br>[[Proposed] Order attached hereto]<br><br>*Hon. Jacqueline H. Nguyen* |

-1-

W02-WEST:1DJS1\402997889.1

# STIPULATION

Presently named defendant and counter-claimant MasterCard Incorporated ("MasterCard"), plaintiff and counter-defendant SmartMetric Inc. ("SmartMetric"), and proposed substituted defendant and counter-claimant MasterCard International Incorporated ("MasterCard International"), submit this stipulation.

WHEREAS, in its original Complaint, First Amended Complaint and Second Amended Complaint filed in this action, SmartMetric has pleaded a cause of action for patent infringement against MasterCard;

WHEREAS, MasterCard has informed SmartMetric that (1) MasterCard is a non-operating parent holding company, and (2) MasterCard International is MasterCard's operating subsidiary in the United States; and

WHEREAS, MasterCard and SmartMetric desire to promote efficiency and the conservation of the resources of this Court, and to avoid the expense of motion practice before this Court based on SmartMetric's naming of MasterCard rather than MasterCard International as a defendant herein.

NOW, THEREFORE, MasterCard, SmartMetric, and MasterCard International, hereby stipulate, through their undersigned counsel, this Honorable Court consenting, as follows:

1. MasterCard International shall be substituted as party defendant and counter-claimant in this action in place and in stead of presently-named defendant MasterCard, and the case caption shall be revised accordingly;

2. Plaintiff SmartMetric's SECOND AMENDED COMPLAINT FOR INFRINGEMENT OF U.S. PATENT 6,792,464 [Docket Entry 21] shall be deemed to name and to have been served on MasterCard International instead of MasterCard, and that DEFENDANT MASTERCARD INCORPORATED'S ANSWER TO SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM [Docket Entry 33] shall be deemed to have been filed on behalf of MasterCard International; and

3. Plaintiff SmartMetric's INTERROGATORIES TO DEFENDANT MASTERCARD INCORPORATED (FIRST SET) and its REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MASTERCARD INCORPORATED (FIRST SET) shall be deemed to name and to have been served on MasterCard International instead of MasterCard, such service to be effective as of the entry of an order by the Court granting this stipulation.

**IT IS SO STIPULATED.**

Dated: November 10, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */S/ - Gary A. Clark*
GARY A. CLARK

Attorneys for Defendant and Counter-Claimant
MASTERCARD INCORPORATED and proposed-substituted Defendant and Counter-Claimant
MASTERCARD INTERNATIONAL INCORPORATED

Dated: November 10, 2010

                              Patrick F. Bright (SBN 68709)
                              WAGNER, ANDERSON & BRIGHT LLP

By: _____
                Patrick F. Bright

Attorneys for Plaintiff,
SMARTMETRIC, INC.