UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-01864-JHN -FMOx | Date | March 11, 2011 |
|---|---|---|---|
| Title | SmartMetric Inc. v. MasterCard International Incorporated et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Pat Cuneo | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patrick F Bright | Gary Alan Clark |
| | Dennis J Smith |
| | Joseph Melnik |
| | Christopher Tayback |
| | Peter Armenio |

**Proceedings:**  MARKMAN HEARING and
HEARING ON : 1) MOTION for Partial Summary Judgment [44];
2) MOTION for Hearing Claim Construction [45]

The parties review the Court's tentative ruling provided today. The Court hears oral argument in the above-referenced matters. The Court takes its ruling UNDER SUBMISSION and the Court's final ruling shall issue by separate order.

|  | 2 | : | 04 |
|---|---|---|---|
| Initials of Preparer | AM | | |